**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 14. Motion for Extension of Time**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 26-229

**Case Name** | United States v. Jesus Felix Alvarez

Requesting Party Name(s) | Jesus Felix Alvarez

I am:  ○ The party requesting the extension.
     ◉ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated [ ]
☐ Other (*you **must** describe the document*)
[ ]

The requested new due date is: | Jul 17, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Please see showing of diligence and substantial need in response to question no. 4 on page 3.

**Signature** | s/Craig H. Durham     **Date** | Jun 9, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14** | *1* | *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

⦿ I have previously requested an extension of time to file the document.

This motion is my | second | request.
*(Examples: first, second)*

Bail/detention status (*select one*):

⦿ The defendant is incarcerated. The projected release date is: | 2/6/2031 | .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** | s/Craig H. Durham | **Date** | Jun 9, 2026 |
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**      2      *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the | opening | brief.

   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: Jun 17, 2026

3. The brief's first due date was: May 18, 2026

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Please see attached page.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | s/Craig H. Durham | **Date** | Jun 9, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**      *3*      *New 12/01/2018*

Despite diligently reviewing the record and working toward preparation of the brief in this case, I have a substantial need for an extension of time. The transcripts have been prepared, but the record is voluminous, as it involves 19 co-defendants and dates to 2012. The Appellant in this case had a four-day jury trial. I need additional time to complete my review of this record and prepare the brief.

Additionally, in the last 30 days, my duties included, but were not limited to, the following time-intensive matters: preparing for and attending two parole hearings, *State v. Troy Wolf* and *State v. Kyle Shockey*; preparing and traveling from Boise, Idaho to Kootenai County, Idaho, for oral argument in *Robert Green v. State of Idaho*, Kootenai County, Idaho, Case No. CV28-25-7023; appearing at a pretrial conference, pro bono, in a criminal matter, *State v. Catherine Carmen*, Ada County Case No. CR01-26-13365; entering an appearance, investigating, and filing a response in a time-sensitive federal immigration habeas matter, *Clayton Herman v. DHS et al.*, 5:26-cv-1995-DMG-MKB (C.D. Cal.); preparing and filing a motion for a certificate of appealability in this Court in Adam Bodenbach v. Valley, No. 26-2993.

Finally, I have been dealing with pain associated with a pinched nerve in my neck, which has limited my work productivity somewhat while I attend physical therapy and medical appointments.